```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION


JOANNE LEISURE                                        PLAINTIFF

VS.                               CIVIL ACTION NO. 4:06CV31LS

WAL-MART STORES, INC. AND
AMERICAN HOME ASSURANCE                              DEFENDANTS
```

## JUDGMENT

For the reasons given in the memorandum opinion and order granting defendant's motion to dismiss entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED AND ADJUDGED this 16th day of June, 2006.

                                                      /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE